IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

RUSTY JOYNER                                                                              PLAINTIFF

v.                             Case No. 15-6029

SHELLEY OVERTON, *et al.*                                                              DEFENDANTS

## ORDER

Now on this 1st day of December 2015, there comes on for consideration the report and recommendation filed herein on November 6, 2015, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 9). The parties did not file any written objections to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's claims against Separate Defendants Williams and Easley are DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i-iii) and 1915A(a). Plaintiff's claims against all other defendants remain for further resolution. Service will be addressed by separate order.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge